**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WALTER GONZALES SALAZAR,<br>              Petitioner,<br><br>vs.<br><br>KEVIN RAYCRAFT, in his official capacity as<br>Acting Field Office Director, Detroit Field<br>Office, U.S. Immigration and Customs<br>Enforcement; U.S. Department of Homeland<br>Security; U.S. Immigration and Customs<br>Enforcement, and; U.S. Citizenship and<br>Immigration Services<br><br>              Respondents. | CASE NO. 4:25-CV-2526<br><br>DISTRICT JUDGE CHARLES ESQUE FLEMING<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP<br><br>**ORDER** |

On November 19, 2025, Walter Gonzales Salazer ("Petitioner"), through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF Doc. 1 ("Petition").) The Petition asserts that Respondents violated Petitioner's Fifth Amendment right to due process and his rights under the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (B) by: revoking his order of supervision without following the process required by 8 U.S.C. § 1231(a)(3); failing to give him notice of the reasons for revocation and a prompt interview to respond, as required by 8 C.F.R. § 241.4(l)(1) (*id*. at 6-17); and failing to provide necessary accommodations for his blindness such as Braille materials, screen readers, or other assistive technology (*id*. at 17-18). He also claims that the unreasonable denial of accommodations for his blindness violates Section 504 of the Rehabilitation Act, 29 USCA § 794.  (*Id*. at 19.)

1

On January 7, 2026, Petitioner filed an Application for Issuance of an Order to Show Cause pursuant to 28 U.S.C. § 2243.  (ECF Doc. 7.)  The case was then referred to the undersigned under Local Civil Rule 72.2 for preparation of a report and recommendation.  (Non-document entry dated Dec. 29, 2025.)

Having reviewed the Petition, the Court **ORDERS** as follows:

- Forthwith, the Clerk of Court shall forward a copy of the Petition (ECF Doc. 1) and this Order to Respondent, the Attorney General of the United States, and the Office of the United States Attorney, Northern District of Ohio.

- Pursuant to 28 U.S.C. § 2243, Respondents shall file a return showing cause why the writ should not be granted and informing the Court of their position on the issue of exhaustion of administrative remedies within three business days, on or before January 14, 2026.

- Petitioner may file a reply within two business days of Respondents' return.

**IT IS SO ORDERED.**

Dated: January 9, 2026

 *s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE